IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00294-CV

 

In re
Motor Coach Industries, Inc., Motor Coach Industries International, Inc., mcii
holdings (usa), inc., mci sales and service, inc. f/k/a hausman bus sales, inc.,
and Motor COAch industries Mexico, S.A. de C.V., f/k/a/Dina Autobuses, S.A. De
C.V.

 

 

 



Original Proceeding

 



MEMORANDUM  Opinion










 

          Petitioners’ Writ of Mandamus is
denied.

          The Emergency Motion to Stay Trial is
dismissed as moot.

 

                                                                   PER
CURIAM

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Petition
denied

Opinion
delivered and filed July 25, 2005

[OT06]